**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

UNITED STATES COURTHOUSE

500 PEARL STREET

NEW YORK, NY 10007-1581

(212) 805-0246

SHIRA A. SCHEINDLIN
UNITED STATES DISTRICT JUDGE

September 6, 2005

Judicial Conference of the United States
Committee on Financial Disclosure
Mary M. Lisi, Chair
One Columbus Circle
Washington, D.C. 20544

Dear Judge Lisi:

I am enclosing a copy of an amended Financial Disclosure Statement for calendar year 2004. The following are the specific responses to the questions posed in your letter of August 26, 2005.

1. The "none" box is now checked in both Parts II and IIIA.

2. Part VII "Pioneer High Yield Class A, Column D(3) is now completed.

3. Part VII NYS Local Gov't. Assist. Corp. Series C has been added to the report.

4. With respect to your question regarding Part VII "Semi Holders" please note that in the 2003 report this is listed as a buy on page 5 line 74 ***and as a sell*** on the same page line 79.

I believe this answers all the questions raised in your letter. Please let me know if you require anything further.



Encl.
a/s

✳ *AMENDED* ✳

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2004

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (Last name, First name. Middle initial)<br><br>Scheindlin, Shira A | 2. Court or Organization<br><br>S.D.N.Y. | 3. Date of Report<br><br>6/17/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge/active | 5. ReportType (check appropriate type)<br><br>◯ Nomination,    Date<br><br>◯ Initial    ⦿ Annual    ◯ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>USDC-SDNY<br>500 Pearl Street<br>New York, N.Y. 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is. in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only: see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Justice Resource Center |
| 2. | Director | Good Shepherd Services |
| 3. | Director | Sedona Conference |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED 2005 SEP 13 A 11: 17 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Scheindlin, Shira A | 6/17/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1-12/04 | State University of New York |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Administrative Office of U.S. Courts | Phoenix AZ 1/13/04-1/14/04 Travel, Food, Lodging |
| 2. | Administrative Office of U.S. Courts | Washington DC 3/21/04-3/22/04 Travel, Food, Lodging |
| 3. | Sedona Conference | Speaker, Phoenix, AZ 3/24/04-3/27/04 Travel, Food, Lodging |
| 4. | Administrative Office of U.S. Courts | Washington DC 4/14-4/16/04 Travel, Food, Lodging |
| 5. | American Bankruptcy Institute | Speaker, Washington DC 4/16/-4/17/04 Travel, Food, Lodging |
| 6. | Institue for Law and Economic Policy | Speaker, Miami, FL 4/22-4/24/04 Travel, Food Lodging |
| 7. | Federal Judicial Center | Speaker Mohonk Lake, New Paltz, NY 4/25-4/26/04 Travel, Food, Lodging |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Scheindlin, Shira A | 6/17/2005 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 8. | ABA | Scottsdale, AZ 5/07-5/09/04 Travel Food Lodging |
| 9. | N.Y.S. Bar Association | Uncasville, CN 5/21-5/22/04 Travel, Food, Lodging |
| 10. | Administrative Office of U.S. Courts | Washington, DC 7/15-7/16/04 Travel, Food Lodging |
| 11. | American Law Institute | Philadelphia, PA 9/10-9/11/04 Travel, Food Lodging |
| 12. | Sedona Conference | Speaker, Phoenix, AZ 10/14-10/17/04 Travel, Food, Lodging |
| 13. | University of Chicago Law School | Speaker, Chicago, IL 10/22-10/23/04 Travel, Food, Lodging |
| 14. | Administrative Office of U.S. Courts | Santa Fe, NM 10/27-10/29/04 Travel, Food, Lodging |
| 15. | University of Missouri | Speaker, Kansas City, MO 10/31-11/1/04 Travel, Food, Lodging |
| 16. | Third Circuit Court of Appeals | Speaker, Hershey, PA. 11/03-11/04/04 Travel, Food, Lodging |
| 17. | Federal Bar Council | Speaker, Old Saybrook CN 11/05-11/07/04 Travel, Food, Lodging |
| 18. | Kroll Ontrack | Speaker, London, England 11/22-11/28/04 Travel, Food, Lodging |
| 19. | ALI-ABA | Speaker NY, NY 12/03-12/04/04 Travel, Food |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions )

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
| --- | --- | --- |
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
| --- | --- | --- |
| 1. North Fork Bank | Mortgage on Rental Property #1, Brooklyn, NY (VII, P.1;1.1 | M |
| 2. AFS Plan Partners | Mortgage on Rental Property #2 (VII, P.1;1.1 | M |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A | 6/17/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.   Rental Prop. #1, Kings County, NY | E | Rent | P1 | W | | | | | |
| 2.   Rental Prop. #2, Kings County, NY | F | Rent | P1 | W | | | | | |
| 3.   Teachers Insurance Annuity Association | E | Interest | P1 | T | | | | | |
| 4.   College Retirement Equities Fund | | None | O | T | | | | | |
| 5.   Supplemental and Group Retirement Annuities | D | Interest | N | T | | | | | |
| 6.   Vanguard Int'l Mutual Fund | A | Dividend | J | T | | | | | |
| 7.   Pfizer | B | Dividend | M | T | | | | | |
| 8.   IBM Common Stock | A | Dividend | J | T | | | | | |
| 9.   Brooklyn Federal S & L | A | Interest | K | T | | | | | |
| 10.  Brookyn Federal S & L | A | Interest | J | T | | | | | |
| 11.  Chase Manhattan Bank | A | Interest | K | T | | | | | |
| 12.  Chase Manhattan Bank | A | Interest | J | T | | | | | |
| 13.  Chase Manhattan Bank | B | Interest | L | T | | | | | |
| 14.  Chase Manhattan Bank | A | Interest | J | T | | | | | |
| 15.  Chase Manhattan Bank | A | Interest | J | T | | | | | |
| 16.  N. Y. C. Local Gov't. Bond Series F | B | Interest | K | T | | | | | |
| 17.  N.Y. State Local Gov't. Bond Series D | A | Interest | | | redeemed | 4/01 | J | A | |
| 18.  NYC G/O-Series G RFDG | A | Interest | K | T | | | | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
   (See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
   (See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
   (See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A | 6/17/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions )

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 19. NYC G/O series D | A | Interest | J | T | | | | | |
| 20. NYC G/O Series E RFDG | B | Interest | K | T | | | | | |
| 21. NYC Bond series H | A | Interest | J | T | | | | | |
| 22. NYS Local Gov't Assist. Corp. Series C | B | Interest | K | T | | | | | |
| 23. Fidelity Advisor Equity Growth Mutual Fund | | None | K | T | | | | | |
| 24. Fidelity Advisor Technology Class T | | None | J | T | | | | | |
| 25. Fidelity Advantage Small Cap. | | None | K | T | | | | | |
| 26. Fidelity Advantage Mid Cap | | None | K | T | | | | | |
| 27. Putnam New Opportunities Mutual fund | | None | | | sell | 3/9 | K | | |
| 28. Deutsche Bank/Alex Brown Cash Reserve | A | Dividend | | | Transfer | 11/25 | J | | |
| 29. IRA Provident Mutual Life Ins.(100% Fidelity Contra Fund) | | None | | | sale | 8/15 | M | | |
| 30. IRA State Street Global Advisors | | None | J | T | | | | | |
| 31. IRA Fidelity Management and Research | | None | K | T | | | | | |
| 32. IRA The Dreyfus Corp. | | None | J | T | | | | | |
| 33. IRA Scudder Kemper | | None | J | T | | | | | |
| 34. MCI Worldcom Inc. | | None | | | sell | 3/12 | J | | |
| 35. America Online | | None | | | sell | 3/12 | J | B | |
| 36. Dell | | None | | | sell | 3/12 | J | A | |

1. Income/Gain Codes:  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100.001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   (See Column C2)  U = Book Value   V = Other   W = Estimated

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Scheindlin, Shira A | 6/17/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. Flag Investors Communication | | None | | | sell | 3/12 | L | | |
| 38. MRV Communications Inc. | | None | | | sell | 3/12 | J | | |
| 39. Price Commun. | | None | | | sell | 3/12 | J | | |
| 40. Micron | | None | | | sell | 3/12 | J | | |
| 41. Fairchild Semiconductors | | None | | | sell | 3/12 | J | | |
| 42. AXA Financial | A | Dividend | J | T | | | | | |
| 43. Hewlett Packard | | None | | | sell | 3/12 | J | | |
| 44. ATMI | | None | | | sell | 3/12 | J | | |
| 45. Microsoft | | None | | | sell | 7/15 | K | C | |
| 46. Active Assets Money Market | A | Dividend | J | T | | | | | |
| 47. Scudder Flag Investors | | None | | | sell | 3/12 | L | | |
| 48. Bank Hapoalim | A | Interest | J | T | | | | | |
| 49. Rochester Municipal Class B | B | Interest | L | T | | | | | |
| 50. Rochester Municipal Class B | B | Interest | L | T | | | | — | |
| 51. IRA Sentinel Cap Inc Markets Class B | A | Dividend | K | T | | | | | |
| 52. IRA Sentinel Growth Index CL B | | None | K | T | | | | | |
| 53. IRA Sentinel MidCap Growth Class B | | None | K | T | | | | | |
| 54. IRA Sentinel High Yield Bond Class B | A | Dividend | K | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A | 6/17/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions )

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. IRA Sentinel Intl Equity Class B | | None | K | T | | | | | |
| 56. IRA Sentinel Small Company B | | None | K | T | | | | | |
| 57. IRA Sentinel Bond Class B | A | Dividend | K | T | | | | | |
| 58. IRA Sentinel Common Stock Class B | | None | K | T | buy | 7/15 | J | | |
| 59. Intel | | None | J | T | | | | | |
| 60. Nortel | | None | K | T | buy | 9/23 | J | | |
| 61. NASDAQ | | None | | | sell | 1/12 | J | A | |
| 62. NASDAQ | | None | | | sell | 1/21 | K | B | |
| 63. NASDAQ | | None | | | sell | 2/13 | J | A | |
| 64. ING Intermediate Bond | | None | | | buy | 3/24 | J | | |
| 65. ING Intermediate Bond | | None | | | sell | 6/7 | J | | |
| 66. Sun America-US Govt Bond | | None | | | buy | 3/24 | J | | |
| 67. Sun America US Govt Bond | | None | | | sell | 6/7 | J | | |
| 68. Dreyfus Premier Emerging Markts Cl A | | None | J | T | buy | 3/24 | J | | |
| 69. Dreyfus Premier Emerging Markets CL A | | None | J | T | buy | 9/17 | J | | |
| 70. JP Morgan Mid Cap Value Cl A | | None | J | T | buy | 9/17 | J | | |
| 71. JP Morgan Mid Cap Value Cl A | | None | K | T | buy | 3/24 | K | | |
| 72. JP Morgan Short Trm Bond 11 Class A | | None | J | T | buy | 6/7 | J | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
   (See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
   (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
   (See Column C2)    U = Book Value    V = Other    W = Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. JP Morgan Short-TRM Bond 11 CL A | | None | J | T | buy | 3/24 | J | | |
| 74. JP Morgan Short-TRM Bond 11 CL A | | None | J | T | buy | 9/17 | J | | |
| 75. ING Intermediate Bond CL A | | None | J | T | buy | 9/17 | J | | |
| 76. MFS Mass Investor Growth Stock A | | None | J | T | buy | 9/17 | J | | |
| 77. MFS Mass Investor Growth Stock A | | None | K | T | buy | 3/24 | K | | |
| 78. Pioneer High Yield Class A | | None | J | T | buy | 9/17 | J | | |
| 79. Pioneer High Yield Class A | | None | J | T | buy | 3/24 | J | | |
| 80. Pioneer High Yield Class A | | None | J | T | buy | 6/7 | J | | |
| 81. Scudder Dreman small Cap Value Cl A | | None | J | T | buy | 9/17 | J | | |
| 82. Scudder Dreman Small Cap Value Cl A | | None | J | T | buy | 3/24 | J | | |
| 83. Templeton Foreign Class A | | None | J | T | buy | 3/24 | J | | |
| 84. Templeton Foreign Class A | | None | J | T | buy | 9/17 | J | | |
| 85. Rochester Municipal Class A | | None | J | T | buy | 4/02 | J | | |
| 86. Rochester Municipal Class A | | None | K | T | buy | 9/15 | K | | |
| 87. Solectron | | None | J | T | buy | 2/13 | J | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Scheindlin, Shira A | 6/17/2005 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Scheindlin, Shira A | 6/17/2005 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____      Date___9/6/05_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br><br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Scheindlin, Shira A | 2. Court or Organization<br><br>S.D.N.Y. | 3. Date of Report<br><br>6/17/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>U.S. District Judge/active | 5. ReportType (check appropriate type)<br><br>◯ Nomination,    Date<br><br>◯ Initial    ⦿ Annual    ◯ Final | 6. Reporting Period<br><br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br><br>USDC-SDNY<br>500 Pearl Street<br>New York, N.Y. 10007 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Director | Justice Resource Center |
| 2. | Director | Good Shepherd Services |
| 3. | Director | Sidona Conference |

RECEIVED 2005 JUL -6 A 11: 24 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Scheindlin, Shira A | 6/17/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☐ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1-12/04 | State University of New York |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE  - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | Administrative Office of U.S. Courts | Phoenix AZ 1/13/04-1/14/04 Travel, Food, Lodging |
| 2. | Administrative Office of U.S. Courts | Washington DC 3/21/04-3/22/04 Travel, Food, Lodging |
| 3. | Sedona Conference | Speaker, Phoenix, AZ 3/24/04-3/27/04 Travel, Food, Lodging |
| 4. | Administrative Office of U.S. Courts | Washington DC 4/14-4/16/04 Travel, Food, Lodging |
| 5. | American Bankruptcy Institute | Speaker, Washington DC 4/16/-4/17/04 Travel, Food, Lodging |
| 6. | Institue for Law and Economic Policy | Speaker, Miami, FL 4/22-4/24/04 Travel, Food Lodging |
| 7. | Federal Judicial Center | Speaker Mohonk Lake, New Paltz, NY 4/25-4/26/04 Travel, Food, Lodging |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 8. ABA | Scottsdale, AZ 5/07-5/09/04 Travel Food Lodging |
| 9. N.Y.S. Bar Association | Uncasville, CN 5/21-5/22/04 Travel, Food, Lodging |
| 10. Administrative Office of U.S. Courts | Washington, DC 7/15-7/16/04 Travel, Food Lodging |
| 11. American Law Institute | Philadelphia, PA 9/10-9/11/04 Travel, Food Lodging |
| 12. Sedona Conference | Speaker, Phoenix, AZ 10/14-10/17/04 Travel, Food, Lodging |
| 13. University of Chicago Law School | Speaker, Chicago, IL 10/22-10/23/04 Travel, Food, Lodging |
| 14. Administrative Office of U.S. Courts | Santa Fe, NM 10/27-10/29/04 Travel, Food, Lodging |
| 15. University of Missouri | Speaker, Kansas City, MO 10/31-11/1/04 Travel, Food, Lodging |
| 16. Third Circuit Court of Appeals | Speaker, Hershey, PA. 11/03-11/04/04 Travel, Food, Lodging |
| 17. Federal Bar Council | Speaker, Old Saybrook CN 11/05-11/07/04 Travel, Food, Lodging |
| 18. Kroll Ontrack | Speaker, London, England 11/22-11/28/04 Travel, Food, Lodging |
| 19. ALI-ABA | Speaker NY, NY 12/03-12/04/04 Travel, Food |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE  - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | North Fork Bank | Mortgage on Rental Property #1, Brooklyn, NY (VII, P.1;1.1 | M |
| 2. | AFS Plan Partners | Mortgage on Rental Property #2 (VII, P.1;1.1 | M |

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A | 6/17/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Rental Prop. #1, Kings County, NY | E | Rent | P1 | W | | | | | |
| 2. Rental Prop. #2, Kings County, NY | F | Rent | P1 | W | | | | | |
| 3. Teachers Insurance Annuity Association | E | Interest | P1 | T | | | | | |
| 4. College Retirement Equities Fund | | None | O | T | | | | | |
| 5. Supplemental and Group Retirement Annuities | D | Interest | N | T | | | | | |
| 6. Vanguard Int'l Mutual Fund | A | Dividend | J | T | | | | | |
| 7. Pfizer | B | Dividend | M | T | | | | | |
| 8. IBM Common Stock | A | Dividend | J | T | | | | | |
| 9. Brooklyn Federal S & L | A | Interest | K | T | | | | | |
| 10. Brookyn Federal S & L | A | Interest | J | T | | | | | |
| 11. Chase Manhattan Bank | A | Interest | K | T | | | | | |
| 12. Chase Manhattan Bank | A | Interest | J | T | | | | | |
| 13. Chase Manhattan Bank | B | Interest | L | T | | | | | |
| 14. Chase Manhattan Bank | A | Interest | J | T | | | | | |
| 15. Chase Manhattan Bank | A | Interest | J | T | | | | | |
| 16. N. Y. C. Local Gov't. Bond Series F | B | Interest | K | T | | | | | |
| 17. N.Y. State Local Gov't. Bond Series D | A | Interest | - | | redeemed | 4/01 | J | A | |
| 18. NYC G/O-Series G RFDG | A | Interest | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less; B = $1,001-$2,500; C = $2,501-$5,000; D = $5,001-$15,000; E = $15,001-$50,000
(See Columns B1 and D4) F = $50,001-$100,000; G = $100,001-$1,000,000; H1 = $1,000,001-$5,000,000; H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less; K = $15,001-$50,000; L = $50,001-$100,000; M = $100,001-$250,000
(See Columns C1 and D3) N = $250,000-$500,000; O = $500,001-$1,000,000; P1 = $1,000,001-$5,000,000; P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000; P4 = $More than $50,000,000
3. Value Method Codes Q = Appraisal; R = Cost (Real Estate Only); S = Assessment; T = Cash/Market
(See Column C2) U = Book Value; V = Other; W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A | 6/17/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. NYC G/O series D | A | Interest | J | T | | | | | |
| 20. NYC G/O Series E RFDG | B | Interest | K | T | | | | | |
| 21. NYC Bond series H | A | Interest | J | T | | | | | |
| 22. Fidelity Advisor Equity Growth Mutual Fund | | None | K | T | | | | | |
| 23. Fidelity Advisor Technology Class T | | None | J | T | | | | | |
| 24. Fidelity Advantage Small Cap. | | None | K | T | | | | | |
| 25. Fidelity Advantage Mid Cap | | None | K | T | | | | | |
| 26. Putnam New Opportunities Mutual fund | | None | | | sell | 3/9 | K | | |
| 27. Deutsche Bank/Alex Brown Cash Reserve | A | Dividend | | | Transfer | 11/25 | J | | |
| 28. IRA Provident Mutual Life Ins.(100% Fidelity Contra Fund) | | None | | | sale | 8/15 | M | | |
| 29. IRA State Street Global Advisors | | None | J | T | | | | | |
| 30. IRA Fidelity Management and Research | | None | K | T | | | | | |
| 31. IRA The Dreyfus Corp. | | None | J | T | | | | | |
| 32. IRA Scudder Kemper | | None | J | T | | | | | |
| 33. MCI Worldcom Inc. | | None | | | sell | 3/12 | J | | |
| 34. America Online | | None | | | sell | 3/12 | J | B | |
| 35. Dell | | None | | | sell | 3/12 | J | A | |
| 36. Flag Investors Communication | | None | | | sell | 3/12 | L | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A | 6/17/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37. MRV Communications Inc. | | None | | | sell | 3/12 | J | | |
| 38. Price Commun. | | None | | | sell | 3/12 | J | | |
| 39. Micron | | None | | | sell | 3/12 | J | | |
| 40. Fairchild Semiconductors | | None | | | sell | 3/12 | J | | |
| 41. AXA Financial | A | Dividend | J | T | | | | | |
| 42. Hewlett Packard | | None | | | sell | 3/12 | J | | |
| 43. ATMI | | None | | | sell | 3/12 | J | | |
| 44. Microsoft | | None | | | sell | 7/15 | K | C | |
| 45. Active Assets Money Market | A | Dividend | J | T | ) | | | | |
| 46. Scudder Flag Investors | | None | | | sell | 3/12 | L | | |
| 47. Bank Hapoalim | A | Interest | J | T | | | | | |
| 48. Rochester Municipal Class B | B | Interest | L | T | | | | | |
| 49. Rochester Municipal Class B | B | Interest | L | T | | | | | |
| 50. IRA Sentinel Cap Inc Markets Class B | A | Dividend | K | T | | | | | |
| 51. IRA Sentinel Growth Index CL B | | None | K | T | | | | | |
| 52. IRA Sentinel MidCap Growth Class B | | None | K | T | | | | | |
| 53. IRA Sentinel High Yield Bond Class B | A | Dividend | K | T | | | | | |
| 54. IRA Sentinel Intl Equity Class B | | None | K | T | | | | | |

1. Income/Gain Codes:        A = $1,000 or less        B = $1,001-$2,500        C = $2,501-$5,000        D = $5,001-$15,000        E = $15,001-$50,000
  (See Columns B1 and D4)    F = $50,001-$100,000     G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:              J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000     M = $100,001-$250,000
  (See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                             P3 = $25,000,001-$50,000,000                       P4 = $More than $50,000,000
3. Value Method Codes        Q = Appraisal            R = Cost (Real Estate Only)   S = Assessment       T = Cash/Market
  (See Column C2)            U = Book Value           V = Other                W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A | 6/17/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. IRA Sentinel Small Company B | | None | K | T | | | | | |
| 56. IRA Sentinel Bond Class B | A | Dividend | K | T | | | | | |
| 57. IRA Sentinel Common Stock Class B | | None | K | T | buy | 7/15 | J | | |
| 58. Intel | | None | J | T | | | | | |
| 59. Nortel | | None | K | T | buy | 9/23 | J | | |
| 60. NASDAQ | | None | | | sell | 1/12 | J | A | |
| 61. NASDAQ | | None | | | sell | 1/21 | K | B | |
| 62. NASDAQ | | None | | | sell | 2/13 | J | A | |
| 63. ING Intermediate Bond | | None | | | buy | 3/24 | J | | |
| 64. ING Intermediate Bond | | None | | | sell | 6/7 | J | | |
| 65. Sun America-US Govt Bond | | None | | | buy | 3/24 | J | | |
| 66. Sun America US Govt Bond | | None | | | sell | 6/7 | J | | |
| 67. Dreyfus Premier Emerging Markts Cl A | | None | J | T | buy | 3/24 | J | | |
| 68. Dreyfus Premier Emerging Markets CL A | | None | J | T | buy | 9/17 | J | | |
| 69. JP Morgan Mid Cap Value Cl A | | None | J | T | buy | 9/17 | J | | |
| 70. JP Morgan Mid Cap Value Cl A | | None | K | T | buy | 3/24 | K | | |
| 71. JP Morgan Short Trm Bond 11 Class A | | None | J | T | buy | 6/7 | J | | |
| 72. JP Morgan Short-TRM Bond 11 CL A | | None | J | T | buy | 3/24 | J | | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Scheindlin, Shira A | 6/17/2005 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. JP Morgan Short-TRM Bond 11 CL A | | None | J | T | buy | 9/17 | J | | |
| 74. ING Intermediate Bond CL A | | None | J | T | buy | 9/17 | J | | |
| 75. MFS Mass Investor Growth Stock A | | None | J | T | buy | 9/17 | J | | |
| 76. MFS Mass Investor Growth Stock A | | None | K | T | buy | 3/24 | K | | |
| 77. Pioneer High Yield Class A | | None | J | T | buy | 9/17 | J | | |
| 78. Pioneer High Yield Class A | | None | J | T | buy | 3/24 | J | | |
| 79. Pioneer High Yield Class A | | None | J | T | buy | 6/7 | | | |
| 80. Scudder Dreman small Cap Value Cl A | | None | J | T | buy | 9/17 | J | | |
| 81. Scudder Dreman Small Cap Value Cl A | | None | J | T | buy | 3/24 | J | | |
| 82. Templeton Foreign Class A | | None | J | T | buy | 3/24 | J | | |
| 83. Templeton Foreign Class A | | None | J | T | buy | 9/17 | J | | |
| 84. Rochester Municipal Class A | | None | J | T | buy | 4/02 | J | | |
| 85. Rochester Municipal Class A | | None | K | T | buy | 9/15 | K | | |
| 86. Solectron | | None | J | T | buy | 2/13 | J | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____         Date _July 1, 2005_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544